# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHADRICK CARTER

NO. 2023 KW 0776

**SEPTEMBER 25, 2023**

---

In Re:   Chadrick Carter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-08-0161.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's motion to correct an illegal sentence, filed November 2, 2022 and "motion to amend [and] modify sentence pursuant to [La. Code Crim. P. art. 930.10]," filed November 7, 2022, on or before October 25, 2023, if it has not already done so. A copy of the district court's action shall be filed in this court on or before November 1, 2023.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT